UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDI A. BRYSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST LIFE INSURANCE COMPANY, a corporation and DOES 1-100<br><br>Defendant. | Case No. 1:23-cv-00193-JLT-SKO<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 16) |

The Court, having considered the Parties' Stipulated Motion to Modify Scheduling Order (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), hereby finds that modification of the current scheduling order is warranted. **IT IS HEREBY ORDERED** that the Scheduling Order (Doc. 12) is MODIFIED as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery | March 6, 2024 | July 4, 2024 |
| Expert Disclosures | February 21, 2024 | June 20, 2024 |
| Rebuttal Expert Disclosures | March 13, 2024 | July 11, 2024 |
| Expert Discovery | April 8, 2024 | August 6, 2024 |
| Non-Dispositive Motion Filing | April 15, 2024 | August 13, 2024 |
| Non-Dispositive Motion Hearing | May 22, 2024 | September 18, 2024[1] |
| Dispositive Pretrial Motion Filing | May 17, 2024 | September 13, 2024[2] |
| Dispositive Pretrial Motion Hearing | June 24, 2024 | October 22, 2024 |
| Deadline to Provide Proposed Settlement Conference Dates | July 17, 2024 | November 14, 2024 |
| Pre-Trial Conference | August 19, 2024 | December 16, 2024[3] |
| Trial | October 15, 2024 | February 11, 2025[4] |

IT IS SO ORDERED.

Dated:   **February 8, 2024**                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto holds civil law and motion hearings on Wednesdays at 9:30 AM.  The parties' proposed deadline has been adjusted accordingly.

[2] As the parties' proposed deadline falls on a Saturday, the deadline has been adjusted accordingly.

[3] District Judge Thurston holds pretrial conferences on Mondays at 1:30 PM.  The parties' proposed deadline has been adjusted accordingly.

[4] District Judge Thurston commences trials on Tuesdays at 8:30 A M.  The parties' proposed deadline has been adjusted accordingly