JAMES P. WAGONER (SBN 58553)
jim.wagoner@mccormickbarstow.com
LEJF E. KNUTSON (SBN 234203)
lejf.knutson@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff
TEDDI A. BRYSON

CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Blvd., Suite 550
Los Angeles, California 90067
Telephone: (310) 596-4500
Facsimile: (205) 254-1999

Attorneys for Defendant
WEST COAST LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDI A. BRYSON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WEST COAST LIFE INSURANCE COMPANY, a corporation, and DOES 1-100,<br><br>  Defendants. | Case No. 1:23-cv-00193-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AS TO EXPERT WITNESS DESIGNATION AND REBUTTAL DESIGNATION**<br><br>(Doc. 20) |

Plaintiff Teddi A. Bryson ("Plaintiff") and Defendant West Coast Life Insurance Company ("West Coast Life") (collectively, the "Parties"), jointly stipulate to an extension to designate expert witnesses until July 15, 2024,  Rebuttal

Expert Disclosures to August 2, 2024, and the Expert Discovery cutoff to August 13, 2024.

In support of this request, the Parties state as follows:

1. When an act must be done within a specified time, the Court may, for good cause, extend the time "with or without motion if the court acts, or a request is made, before the original time expires." Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule if it cannot be reasonably met despite the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992) (internal quotation marks and citation omitted).

2. Good cause exists for the Parties' requested extension. The parties will be participating in a mediation on June 20, 2024. The parties would like to save the time and expense of experts should the case be resolved at the mediation. The Parties further agree that the continuance sought will not prejudice any party or result in undue delay.

6. In connection with the requested extension, the Parties stipulate to the following schedule regarding expert witnesses:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non Expert Discovery | March 6, 2024 | July 4, 2024 |
| Expert Disclosures | February 21, 2024 | ~~June 20, 2024~~ **July 15, 2024** |
| Rebuttal Expert Disclosures | March 13, 2024 | ~~July 11, 2024~~ **August 2, 2024** |
| Expert Discovery | April 8, 2024 | ~~August 6, 2024~~ **August 13, 2024** |
| Non-Dispositive Motion Filing | April 15, 2024 | August 13, 2024 |
| Non-Dispositive Motion Hearing | May 22, 2024 | September 19, 2024 |

| | | |
|---|---|---|
| Dispositive Pretrial Motion Filing | May 17, 2024 | September 14, 2024 |
| Dispositive Pretrial Motion Hearing | June 24, 2024 | October 22, 2024 |
| Deadline to Provide Proposed Settlement Conference Dates | July 17, 2024 | November 14, 2024 |
| Pre-Trial Conference | August 19, 2024 | December 17, 2024 |
| Trial | October 15, 2024 | February 12, 2025 |

WHEREFORE, in light of the foregoing and for good cause, the Parties, by and through their respective counsel, hereby stipulate to the expert witness deadlines as set forth in the above chart.

**IT IS SO STIPULATED AND AGREED.**

Dated:  June 25, 2024                                          MAYNARD NEXSEN LLP

                                                                                     */s/ Charles K. Chineduh*
                                                                            By: CHARLES K. CHINEDUH
                                                                                  Attorney For Defendant
                                                                                  WEST COAST LIFE INSURANCE COMPANY

Dated:  June 25, 2024                                          MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                                                            By:    */s/ James P. Wagoner*
                                                                                  JAMES P. WAGONER
                                                                                  Attorneys for Plaintiff
                                                                                  TEDDI A. BRYSON

### **Filer's Attestation-Local Rule 131**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

-3-
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AS TO EXPERT WITNESS
DESIGNATION AND REBUTTAL DESIGNATION
Case No. 1:23-cv-00193-JLT-SKO

# **ORDER**

Pursuant to the Stipulation of the Parties set forth above (Doc. 20), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)) the case schedule (Doc. 17) is hereby MODIFIED as follows:

| Event | New Deadline |
|---|---|
| Expert Disclosures | July 15, 2024 |
| Rebuttal Expert Disclosures | August 2, 2024 |
| Expert Discovery | August 13, 2024 |

All other dates set forth in the case schedule REMAIN as SET.

IT IS SO ORDERED.

Dated:   **June 25, 2024**                           /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AS TO EXPERT WITNESS
DESIGNATION AND REBUTTAL DESIGNATION
Case No. 1:23-cv-00193-JLT-SKO