# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDI A. BRYSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST LIFE INSURANCE COMPANY, a corporation and DOES 1-100<br><br>Defendant. | Case No. 1:23-cv-00193-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 25) |

On July 19, 2024, the parties filed a joint stipulation dismissing the action. (Doc. 25). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 22, 2024**                                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE